834

In the Matter of the Application of HENRY GRANTHAM BACON against IRVING V. A. HUIE, as Acting Commissioner of the Department of Public Works, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ROBERT S. BUTTLES, as Substituted Receiver of the SEABOARD TRADING COMPANY, v. ALBERT L. SMITH and Others, Impleaded with E. ALLAN REINHARDT and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

KURT ISSEM, an Infant, etc., v. CORNELIUS SLATER, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

RUTH BECKER and Another v. MANUFACTURERS TRUST COMPANY, as Successor Trustee, etc., of SARAH L. BENNET for the Benefit of CHAPMAN S. HARRIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

CHEMICAL BANK & TRUST COMPANY and Others v. LAWSON WILLIAMS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARY PERDIKAKIS v. IRVING TRUST COMPANY, as Executor of the Estate of THOMAS J. COLTON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE B. LOVE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOE GORELICK v. KATHERINE LOCKE, etc.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ORRIN R. JUDD and Another, as Executors, etc., of CHARLES H. RATHBONE, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See ante, pp. 706, 744.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.